# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 13, 2012

144987

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

BANK OF NEW YORK AS TRUSTEE FOR
EQUITY ONE, INC. MORTGAGE PASS
THROUGH CERTIFICATE SERIES 2005-5,
         Plaintiff-Appellee,

v

TAJA A. SEVELLE,
         Defendant-Appellant.

SC: 144987
COA: 301693
Oakland CC: 2010-009130-AV

_____/

On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 13, 2012

_____
                    Clerk

t0710